**Israel ORTEGA–ROMERO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–3803.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 2, 2011.

Filed: June 7, 2011.

Sandrine Lisk, Immigration Law Office, Wichita, KS, for Petitioner.

Janette L. Allen, Karen Yolanda Drummond, Richard M. Evans, Benjamin Zeit-

lin, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Israel Ortega–Romero petitions for review of an order of the Board of Immigration Appeals (BIA) vacating an immigration judge's grant of special rule cancellation of removal and ordering him removed. We conclude substantial evidence supports the BIA's finding that Ortega–Romero did not meet the requirement of good moral character, and thus we agree with the BIA's determination that he did not establish eligibility for special rule cancellation of removal. *See Ikenokwalu–White v. INS*, 316 F.3d 798, 802–05 (8th Cir.2003) (standard of review). Accordingly, we deny the petition.